UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR PACKWOOD, et al.,<br><br>    Plaintiffs.<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No.  23-cv-01003-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 77 |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Amended Complaint is hereby DISMISSED without further leave to amend. Such dismissal is without prejudice to Packwood's proceeding in the pending related action as to the claims remaining therein.

**IT IS SO ORDERED AND ADJUDGED**


Dated: 3/25/2024

                                    Mark B. Busby, Clerk of Court



                                    Tracy Geiger<br>                                    Deputy Clerk